IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDRES PENA,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3101

Opinion filed October 6, 2017.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Andres Pena, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.